■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JACKSON, Appellant. [604 NYS2d 821] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered May 8, 1991, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in a light most favorable to the People, we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (see, People v Contes, 60 NY2d 620, 621). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's sentence is not excessive. Lawrence, J. P., Eiber, O'Brien and Santucci, JJ., concur.